IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-31187 |
| **CHARLES RAY MOSELY,** | § | |
| | § | CHAPTER 13 |
| Debtor. | § | |
| | § | |
| **CHARLES RAY MOSELY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3365 |
| | § | |
| **SELENE FINANCE LP,** | § | |
| | § | |
| Defendant. | § | |

**ORDER**
**STRIKING PLEADING**
*Resolving ECF No. 3*

The Defendant's Motion to Dismiss and Brief in Support[1] is hereby **STRUCK** from the record for failure to contain BLR 9013-1(b) notice language.

SIGNED July 14, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 3.