IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| CHARLES MOSELY § | Case No. 25-31187 | |
| DEBTOR. § | Chapter 13 | |
| § | | |
| CHARLES MOSELY, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | Adversary No. 25-03365 | |
| § | | |
| SELENE FINANCE LP, § | | |
| § | | |
| Defendant. § | | |

### ORDER GRANTING DEFENDANT'S AMENDED MOTION TO DISMISS

Upon consideration of Defendant's Amended Motion to Dismiss and Brief in Support (the "Motion to Dismiss") filed by Defendant Selene Finance LP ("Selene"), and all responses and replies thereto, if any, the Court finds that the Motion to Dismiss should be, and hereby is, **GRANTED**. It is therefore

**ORDERED, ADJUDGED, and DECREED** that the Motion to Dismiss is hereby **GRANTED**; it is further

**ORDERED, ADJUDGED, and DECREED** Debtor Charles Mosely's ("Plaintiff") claims asserted in the above-numbered and styled lawsuit ("Lawsuit") and the Lawsuit are hereby dismissed with prejudice; it is further

**ORDERED, ADJUDGED, AND DECREED** that all costs are taxed against Plaintiff; it is further

**ORDERED, ADJUDGED, AND DECREED** that the Court will enter a final judgment in a separate document.

Signed this the _____ day of _____, 2025.

_____
**UNITED STATES BANKRUPTCY COURT JUDGE**