United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 25-31187** |
| **CHARLES RAY MOSELY,** | § | |
| | § | **CHAPTER 13** |
| Debtor. | § | |
| | § | |
| **CHARLES RAY MOSELY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 25-3365** |
| | § | |
| **SELENE FINANCE LP,** | § | |
| | § | |
| Defendant. | § | |

## ORDER
## STRIKING PLEADING
*Resolving ECF No. 3*

The Defendant's Motion to Dismiss and Brief in Support[1] is hereby **STRUCK** from the record for failure to contain BLR 9013-1(b) notice language.

SIGNED July 14, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 3.

United States Bankruptcy Court
Southern District of Texas

Mosely,
    Plaintiff

Selene Finance LP,
    Defendant

Adv. Proc. No. 25-03365-evr

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser    Page 1 of 1
Date Rcvd: Jul 14, 2025    Form ID: pdf111    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Charles Ray Mosely, 3005 Nita, Houston, TX 77051-4139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/Text: bkteam@selenefinance.com | Jul 14 2025 20:20:00 | Selene Finance LP, 3501 Olympus Blvd. 5th Fl., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caroline Elizabeth Allen | on behalf of Defendant Selene Finance LP callen@sanderscollins.com |

TOTAL: 1