United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-31187 |
| **CHARLES RAY MOSELY,** | § | |
| | § | CHAPTER 13 |
| Debtor. | § | |
| | § | |
| **CHARLES RAY MOSELY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3365 |
| | § | |
| **SELENE FINANCE LP,** | § | |
| | § | |
| Defendant. | § | |

**ORDER**
*Resolving ECF No. 15*

    Pending before the Court is a single matter self-styled as "Plaintiff's Motion for Judicial Notice of Lack of Accounting in Support of Opposition to Motion to Dismiss"[1] (the "*Motion*") filed by Charles Mosely ("*Plaintiff*") on August 8, 2025.

    Plaintiff requests that this Court take judicial notice of certain facts in support of Plaintiff's opposition to Selene Finance LP's ("*Defendant*") "Amended Motion to Dismiss and Brief in Support"[2] (the "*Motion to Dismiss*"). The Motion to Dismiss seeks relief pursuant to Federal Rule of Civil Procedure ("*Rule*") 12(b)(6).[3] A motion pursuant to Rule 12(b)(6) is not evidentiary.[4] Instead, in deciding a Rule 12(b)(6) motion, a court must determine whether a plaintiff's complaint sufficiently stated a claim upon which relief may be granted pursuant to Rule 8.[5] As such, the instant Motion seeks relief inconsistent with Rule 12 and thus must be denied.[6] The Motion to Dismiss will be considered in due course, based on the complaint. Accordingly, it is therefore:

**ORDERED:** that

---

[1] ECF No. 15.
[2] ECF No. 8.
[3] *Id.*
[4] *See generally*, *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).
[5] *Id.*
[6] *Id.*

1. The "Plaintiff's Motion for Judicial Notice of Lack of Accounting in Support of Opposition to Motion to Dismiss"[7] filed by Charles Mosely on August 8, 2025, is DENIED.

SIGNED August 12, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[7] ECF No. 15.